# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DON ANDERSON, individually and on behalf**
**of all others similarly situated**                                                      **PLAINTIFF**

**v.**                       **CASE NO: 4:11CV00814 BSM**

**LIBERTY BANK**                                                                          **DEFENDANT**

## ORDER OF DISMISSAL

Upon the parties' joint motion to dismiss [Doc. No. 6], all claims against defendant Liberty Bank are dismissed with prejudice and each party will bear its own costs, attorneys' fees and expenses.

IT IS SO ORDERED this 14th day of March 2012.

_____
UNITED STATES DISTRICT JUDGE